# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BRENTON D. BISHER AND CARLA S. BISHER, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF CORY ALLEN BISHER, DECEASED,

          Petitioners

        v.

LEHIGH VALLEY HEALTH NETWORK, INC., LEHIGH VALLEY HOSPITAL, INC., LEHIGH VALLEY ANESTHESIA SERVICES, PC, LVPG PULMONARY AND CRITICAL CARE MEDICINE, DR. BRIAN CIVIC, DR. DOROTHEA WATSON, DR. JENNIFER STROW, DR. BONNIE PATEK, DR. FREDERIC STELZER, EASTERN PENNSYLVANIA GASTROENTEROLOGY AND LIVER SPECIALISTS, PC, AND NORMA D. WILSON, CRNA,

          Respondents

: No. 543 MAL 2020
:
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior
: Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2021, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by petitioner, are:

(1) Did the Superior Court err in quashing Petitioners' appeal based upon the Superior Court's finding that it lacked jurisdiction to hear the appeal as it relates to the Estate of Cory Allen Bisher because the Estate's Complaint was void *ab initio*, where the trial court permitted a non-attorney to represent the Estate until the statute of limitations had expired?

(2) Did the Superior Court err in quashing Petitioners' appeal based upon the Superior Court's holding that it lacked jurisdiction to hear the appeal as it relates to *pro se* litigants Carla Bisher and Brenton Bisher because of an improper verification, an issue raised *sua sponte* by the Superior Court?

(3) Did the Superior Court err in ruling that the Certificates of Merit at issue in the instant case were deficient where the Certificates of Merit met the legal requirements of Pa.R.C.P. 1042.3 and the MCARE Act?